B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McClung, Gary Ned** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McClung, Leona Belle** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0053** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3281** |
| Street Address of Debtor (No. and Street, City, and State):<br>**8345 NE 83rd Street, Apt. 1229**<br>**Kansas City, MO**<br>ZIP Code **64158** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**8345 NE 83rd Street, Apt. 1229**<br>**Kansas City, MO**<br>ZIP Code **64158** |
| County of Residence or of the Principal Place of Business:<br>**Clay** | County of Residence or of the Principal Place of Business:<br>**Clay** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **McClung, Gary Ned** <br> **McClung, Leona Belle** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | McClung, Gary Ned<br>McClung, Leona Belle |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Gary Ned McClung**
Signature of Debtor  **Gary Ned McClung**

**X  /s/ Leona Belle McClung**
Signature of Joint Debtor  **Leona Belle McClung**

Telephone Number (If not represented by attorney)

**November 12, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ J. Brian Baehr W.D.**
Signature of Attorney for Debtor(s)

**J. Brian Baehr W.D. #47272  E.D. #86027**
Printed Name of Attorney for Debtor(s)

**The Baehr Law Firm, P.C.**
Firm Name

**2511 Broadway Bluffs Drive**
**Columbia, MO 65201**

Address

      **Email: brian@baehrlaw.com**
**573-499-1310  Fax: 573-499-1315**
Telephone Number

**November 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Missouri

In re: **Gary Ned McClung / Leona Belle McClung**, Debtor(s)

Case No.  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................ $ **3,000.00**  
   Prior to the filing of this statement I have received ............. $ **3,000.00**  
   Balance Due .................................................................... $ **0.00**

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of reaffirmation agreements; preparation and filing of motions for avoidance of liens.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any adversary proceeding or motion for redemption of personal property.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **November 12, 2009**

/s/ **J. Brian Baehr W.D.**
**J. Brian Baehr W.D. #47272  E.D. #86027**
**The Baehr Law Firm, P.C.**
**2511 Broadway Bluffs Drive**
**Columbia, MO 65201**
**573-499-1310  Fax: 573-499-1315**
**brian@baehrlaw.com**

Adam Nach, Lane & Nach
2025 N 3rd Street
Ste #157
Phoenix AZ 85004


Alpen Interiors
083 Creamery Trail
Edwards CO 81632


American Express
PO Box 650448
Dallas TX 75265-0448


Anderson Security
C/O Jennings-Strauss & Salmon PLC
The Collier Center, 11th Floor
201 East Washington Street
Phoenix AZ 85004


APS
PO Box 2906
Phoenix AZ 85062


Arthur & Nancy Jo Peters
1103 Kenmare Dr
Willowbrook IL 60527


Avi Brees Real Estate
8820 W 116th Street
Denver CO 80201


Bar-K, Inc.
201 Lafayette Circle
Lafayette CA 94549


Bill & Patty Kantlehner
1146 Rostrevor Circle
Louisville KY 40205


Blucor Construction
6939 E Parkway North
Mesa AZ 85212

Blume Law Firm
11811 N Tatum Blvd
Ste 1080
Phoenix AZ 85028


Bob & Pegi Whited
1020 Randolph Dr
Bangor ME 04401


Britton Upham
800 Highland
Austin TX 78703


Business Impact Group
Paul Taunton
1876 Lake Drive East
Chanhassen MN 55317


Cantelina & Brown
3030 N Central Ave
Ste 1107
Phoenix AZ 85012


Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream IL 60197-6492


Carrie L Mellesmoen
10400 Viking Drive
Ste 500
Eden Prairie MN 55344


Charles & Debra Oglesby
2505 Premier Parkway
Suite 300
Duluth GA 30099


Charles & Sharon Cornell
4340 Maplegate Dr
Lees Summit MO 64064


Charles & Tina Gilchrist
90 Crown Road
Weatherford TX 76087

Chas, Schimmel, Beam-Ward Krause
8695 College Blvd
Suite 200
Overland Park KS 66210


Chase Cardmember Services
PO Box 94014
Palatine IL 60094-4014


Cintas Corporation
Jennings-Strauss & Salmon PLC
The Collier Center, 11th Floor
201 E Washington St
Phoenix AZ 85004


Citi Platinum Select
PO Box 6000
The Lakes NV 89163-6000


City of Scottsdale
PO Box 1300
Scottsdale AZ 85252


Cline Wood Insurance
11250 Tomahawk Creek Pkwy
Overland Park KS 66221


Compass Bank
8100 E Arapahoe Rd
Englewood CO 80112


Cox Communication
1550 W Deer Valley Road
Phoenix AZ 85027


CSA Engineering
Peter Chan
180 N Mondel Drive
Gilbert AZ 85233


Curt & Linda Dreier
201 Foxwood Court
Columbia MO 65203

```
Dan & Noel Gosnell
5802 N 22nd Place
Phoenix AZ 85016


Daniel & Fritzi Wade
8920 Canyon Springs Dr.
Las Vegas NV 89117


Dave & Cathleen Ostermeyer
16992 Heather Lane
Belton MO 64012


Davidson Law
8701 E Vista Bonita Dr
Ste 220
Scottsdale AZ 85255


Discover
PO Box 6103
Carol Stream IL 60197-6103


Donald & Martha Maddux
1845 E Santa Fe
Olathe KS 66062


Donald & Mary Roberts
2619 9th St SW
Rochester MN 55902


Douglas Youngberg Investments
JDL Corporation
1049 Glassell St
Orange CA 92867


Executive Golf
301 East Bethany Home Rd
#A207
Phoenix AZ 85012


First Equity Card Corp
PO Box 23029
Columbus GA 31902-3029
```

```
Frank & Donna Ravndal
5950 SW 111th Street
Miami FL 33156


Frisco Medical
PO Box 9817
Mobile AL 36691


Gaylon Coates
1420 N Greenfield Rd #103
Gilbert AZ 85234


GE Capital
901 Main Avenue
Norwalk CT 06851


Gene & Cheri Thomas
40050 North 106th Place
Scottsdale AZ 85262


Geneva Jet
Bob Harney
1104 S Valley Hill Road
Woodstock IL 60098


George & Karen Benz
1175 Park Avenue
Saint Paul MN 55115


George & Natalie Goich
2800 Country Club Dr #45
Olympia Fields IL 60461


George Benz, Jr. & Jane Doe
1175 Park Avenue
Saint Paul MN 55115


Greg & Karen Giegler
9521 Fair Oaks Drive
Goodrich MI 48438


Hardrock Concrete
4838 West Vrill Street
Hartman CO 81043
```

Hillcrest Bank
11111 W 95th Street
Overland Park KS 66214


Internal Revenue Service
PO Box 21126
Philadelphia PA 19114


Jackson Walker
PO Box 130989
Dallas TX 75313


Jeff Coughlin
114 S Pleasant Street
Prescott AZ 86303


Jerry & Barbara Lundberg
1049 N Glassell St
Orange CA 92867


Jerry & Sharon Fregien
22609 N 80th Place
Scottsdale AZ 85260


Jim & Kari Hollway
15106 Coral Oak Court
Houston TX 77059


Jim & Tanya Baker
2129 W Mountain View Rd
Phoenix AZ 85021


Jim & Tudy Ahern
E Bethany Home Road
Phoenix AZ 85012


JoAnn I. McClung
259 Edgewater Drive
Lees Summit MO 64064


John & Jan Zar
19501 S Santa Fe Avenue
Compton CA 90221

```
John & Judy Rice
796 Stevens Creek Blvd
Forsyth IL 62535


John Anderson, Carson-Messings
3300 N Central Ave
Ste 1900
Phoenix AZ 85012


Karlan & Debbie Smith
19020 N 71st Lane
Glendale AZ 85308


Keith & Pat McClung
18315 Carriage Lane
Houston TX 77058


Kenneth & Mary Nichols
5800 Cypress Point Drive
Mansfield TX 76063


Kevin & Mary Foley
3515 E Pinebrook Way
Houston TX 77059


Kevin Davis Wait
130 North Cherry
PO Box 550
Olathe KS 66061-0550


Kip & Paige McClung
4615 Olive Green
Houston TX 77059


Kurt & Carol Smith
6702 W Utopia Rd
Glendale AZ 85308


Larry & Joan Mullens
1510 Fairview Avenue
Monroe LA 71201


Larry & Marsha Hilcher
13 Woodland Drive
Mansfield TX 76063
```

```
Larson Engineering
Phil Deimal
3524 Labore Road
Saint Paul MN 55110


Linda Wilson
17803 Clinton County Line Road
Liberty MO 64068


Linus Baker
6732 W 185th Terrace
Stilwell KS 66085


Lively & Associates
201 Main Street
Ste 1260
Fort Worth TX 76102


Lloyd & Karen Claycomb
26833 N 98th Way
Scottsdale AZ 85255


Lyle & Peggy Phillips
13913 Canterbury Circle
Overland Park KS 66224


Macy's Visa
PO Box 183084
Columbus OH 43218-3084


Marc & Becky King
416 NE PArks Edge Dr
Lees Summit MO 64064


Mark & Michelle Wheeler
5010 Old Federal Road
Louisville KY 40207


Markham Contracting
22820 N 19th Ave
Phoenix AZ 85027


Mastercard
PO Box 13337
Philadelphia PA 19101
```

```
Mel & Joan Saxton
11766 E DeLa O
Scottsdale AZ 85255


Michael & Beverly Mctigue
PO Box 1837
Telluride CO 81435


Michael Strohbehr, Walters, Bender et al
1100 Main
Kansas City MO 64196


Michie Slaughter
14625 Dearborn Street
Overland Park KS 66223


Mike & Betsy McClung
2881 NW Cumberland Rd
Portland OR 97210


Mike & Carol Goebel
6706 Red Oak Drive
Shawnee KS 66217


Mike & Cathy Bailey
1655 Mallard Drive
Saint Paul MN 55122


Mike & Mary Rusinko
19014 Firethorn Pointe
Eden Prairie MN 55347


Missouri Department of Revenue
Taxation Division
PO Box 357
Jefferson City MO 65105-0357


Native Resources
Jeff Homan
1540 W Happy Valley Road
Phoenix AZ 85027


Nowell Upham
2955 Magnolia Hill
Dallas TX 75201
```

```
OTAK
51 W 3rd Street
Suite 201
Tempe AZ 85281


Pat & Pam Riley
26723 N 90th Lane
Peoria AZ 85383


Patrick McGroder
1130 E Missouri Dr
Ste 205
Phoenix AZ 85014


Paul & Karen Van Weelden
6687 Whitley Terrace
Los Angeles CA 90068


Paul Skelton
PO Box 800
Carefree AZ 85377


Paul Taunton
1876 Lake Drive East
Chanhassen MN 55317


PCM Real Return Fund
Joe Ramos
900 Larkspur Landing Circle
Ste 240
Larkspur CA 94939


Perry & JoAnn Pauley
4920 W Electra Lane
Glendale AZ 85310


Perry & Shapiro
3300 N Central Ave #2200
Phoenix AZ 85012


Philips & Sondra Upham
34802 N Desert Ridge
Scottsdale AZ 85262
```

```
Phillip & Judy Maas
2601 Broadway NE
Minneapolis MN 55413


Quintero Clubhouse Villas LLC
16752 West State Route 74
Peoria AZ 85383


Quintero Golf & Country Club LLC
16752 West State Route 74
Peoria AZ 85383


Qunitero Golf & Country Club LLC
16752 West State Route 74
Peoria AZ 85383


Randy & Deborah Bangham
PO Box 4064
Breckenridge CO 80424


Rauch-Hermanson, CPA
14238 Northsight Blvd
Scottsdale AZ 85260


RFC Holdings
C/O Zwillinger Georgelos & Greek
2425 Canmelback Rd
Ste 600
Phoenix AZ 85016


Richard & Dodee Carley
878 S Highview Circle
Bingham Lake MN 56118


Richard & Jane Thompson
26430 W 108th St
Olathe KS 66061


Robert & Joan Gehrke
4737 E Exeter Blvd
Phoenix AZ 85018


Robert & Midge Abel
7056 S. Andes Circle
Aurora CO 80016-2110
```

```
Robert Coke
9222 W Montana de Oro Drive
Peoria AZ 85383


Robert Douglas Maher
Husch Blackwell Sanders, LLP
48014 Main St
Suite 1000
Kansas City MO 64112


Robert Royal
Tiffany & Bosco
2525 E Camelback Road
Phoenix AZ 85016


Ronald S Weiss
911 Main Street
2230 Commerce Tower
Kansas City MO 64105


Rosie Corbett
1173 Lockett Rd
Saint Louis MO 63131


Roy & Maureen Roberts
317 Pine Ridge Drive
Bloomfield Hills MI 48304


Rudy Frame
8885 E Voltaire Drive
Scottsdale AZ 85260


Scott Brown, Lewis & Roca
40 N Central Ave
Phoenix AZ 85004


Spencer Fane/Doug Weems
1000 Walnut Street
Kansas City MO 64106


Spencer Grimes
9421 Sierra Summit
Las Vegas NV 89134
```

```
Stan & Sydney Hite
633 NE Shoreline Drive
Lees Summit MO 64064


Stephen & Donna Lyons
9 Corte Vista
Palm Coast FL 32137


Steve & Lori Puckett
43874 Camellia St
Ashburn VA 20147


Steve & Victoria Jacobson
38287 N 104th Place
Scottsdale AZ 85262


Steve Haagenson
PO Box 1054
Carefree AZ 85377


Taunton Ventures LP
9980 Deerbrook Drive
Chanhassen MN 55317


Theodore Benz & Jane Doe
1175 Park Avenue
Saint Paul MN 55115


Thomas & Nicky Carpenter
1001 Twelve Oaks Center Dr.
Suite 1000
Wayzata MN 55391


Tim & Ann Clemons
4950 Central #1103
Kansas City MO 64112


Todd Smits
9917 Trails End Road
Chanhassen MN 55317


Tom & April Colceri
5902 E St John Road
Scottsdale AZ 85254
```

```
Tory Upham
200 Webster Street
Hanover MA 02339


Tracee Stout
911 Main St Ste 2230
Kansas City MO 64105


Troon Golf
15044 N Scottsdale Road
Ste 300
Scottsdale AZ 85254


U.A.P. Distribution
C/O Denis Fitzgibbons
Fitzgibbons Law Offices
711 E Cottonwood Lane, Ste E
Casa Grande AZ 85230


Wade & Heidi Herter
22230 N 54th Way
Phoenix AZ 85034


Wespac Construction
John Largay
9440 N 26th Street
Phoenix AZ 85028


West Coast Turf
7047 E Greenway Parkway
Scottsdale AZ 85254


Wilcox Engineering
8502 E Princess Drive
Suite 100
Scottsdale AZ 85255
```

# United States Bankruptcy Court
### Western District of Missouri

In re: **Gary Ned McClung, Leona Belle McClung**, Debtor(s)

Case No.
Chapter **7**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: **November 12, 2009**

**/s/ Gary Ned McClung**
**Gary Ned McClung**
Signature of Debtor

Date: **November 12, 2009**

**/s/ Leona Belle McClung**
**Leona Belle McClung**
Signature of Debtor