IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Case No. 09-45612-abf7 |
| GARY NED MCCLUNG and LEONA BELLE MCCLUNG, | ) ) ) | |
| Debtors. | ) | |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Robert D. Maher of Husch Blackwell Sanders, LLP hereby enters his appearance on behalf of Compass Bank, and requests that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon:

> Robert D. Maher
> HUSCH BLACKWELL SANDERS LLP
> 4801 Main Street, Suite 1000
> Kansas City, Missouri  64112
> (816) 983-8000; FAX (816) 983-8080
> Robert.Maher@huschblackwell.com

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive:  (i) Compass Bank's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Compass Bank's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Compass Bank's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Compass Bank is or may be entitled under

KCP-1747488-1

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Compass Bank expressly reserves.

                                         Respectfully submitted:

                                         HUSCH BLACKWELL SANDERS, LLP

                                         */s/ Robert D. Maher*
                                         ROBERT D. MAHER,         MO #51714
                                         HUSCH BLACKWELL SANDERS, LLP
                                         4801 Main, Suite 1000
                                         Kansas City, MO 64112
                                         Telephone:  (816) 983-8000
                                         Facsimile:  (816) 983-8080
                                         E-mail: Robert.Maher@huschblackwell.com

                                         *Attorneys for Compass Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that the above Entry of Appearance and Request for Notices was electronically filed with the Clerk of the United States Bankruptcy Court for the Western District of Missouri on this 21st day of January, 2010, and was served upon Debtor's counsel and the Chapter 7 Trustee, as evidenced by the receipt generated at the time of filing.

                                         */s/ Robert D. Maher*
                                         ROBERT D. MAHER

KCP-1747488-1