IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY NED McCLUNG and | ) | Case No. 09-45612-abf7 |
| LEONA BELLE McCLUNG , | ) | |
| | ) | |
| Debtors. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Michael D. Fielding of the law firm of Husch Blackwell Sanders LLP, and hereby enters his appearance as Counsel on behalf of BBVA Compass Bank and further requests that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon the undersigned as well as to BBVA Compass Bank.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) BBVA Compass Bank's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) BBVA Compass Bank right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) BBVA Compass Bank right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which BBVA Compass Bank is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BBVA Compass Bank, expressly reserves.

Dated:  February 9, 2010

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP


By: <u>*/s/ Michael D. Fielding*</u>
Michael D. Fielding, MBE #53124
4801 Main Street, Ste. 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080

ATTORNEYS FOR BBVA COMPASS BANK